# Robinson+Cole

E. EVANS WOHLFORTH, JR.

666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com
Direct (212) 451-2954

Admitted in New York
and New Jersey

May 21, 2024

*VIA ECF*
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

```
Application granted. The defendant is directed to
mail a copy of this Order to the pro se plaintiff
and note proof of service on the docket. SO ORDERED.

Dated May 22, 2024          /s/ John G. Koeltl
New York, New York          John G. Koeltl, U.S.D.J.
```

Re:  Tanya Walker-Portillo v. Capgemini America, Inc., *et al.*
     Case No. 24-cv-01633 (JGK)
     **Motion for Extension of Time to Respond to Complaint**

Dear Judge Koeltl:

We represent the Defendant, Cigna Health and Life Insurance Company ("Cigna"), in the above-referenced action.

Pursuant to Rule 1.E. of Your Honor's Individual Practices, we write to respectfully request an extension of time of 30-days to answer, move or otherwise respond to the Plaintiff, *pro se*'s Amended Complaint, from May 20, 2024 to and including June 19, 2024.  Good cause exists for the requested extension as we are in the process of reviewing and investigating Plaintiff's allegations contained in the Amended Complaint, as well as attempting to confer with Plaintiff, *pro se* regarding the Amended Complaint.

This is Cigna's first request for an extension of time and the requested extension does not affect any other scheduled dates. Cigna has attempted to obtain Plaintiff, *pro se*'s consent to the instant application.  However, as of the date of this application, Plaintiff, *pro se* has not responded.

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP

Hon. John G. Koeltl
Page 2 of 2

We thank the Court for its consideration in this matter.

Respectfully submitted,

E. Evans Wohlforth, Jr.

cc:  Ms. Walker-Portillo (*via* e-mail)