UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TANYA WALKER-PORTILLO,

                Plaintiff,

- against -

CAPGEMINI AMERICA, INC., ET AL.,

                Defendants.

24-cv-1633 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to file an amended complaint is **August 2, 2024.**

    The parties should provide a status update to the Court within seven days of the completion of mediation. The defendants may make a motion to dismiss without an additional pre-motion conference. The defendants' time to respond to the amended complaint is stayed pending conclusion of the mediation.

**SO ORDERED.**

Dated:    New York, New York
            June 26, 2024

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                              United States District Judge